# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RONALD LEE ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:08CV1082 RWS |
| ) | |
| TROY STEELE, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's motion for leave to supplement the exhibits attached to his petition. In his motion for leave, petitioner states that he mistakenly failed to provide the Court with the last two pages of the Circuit Court's denial of his motion for post conviction relief. Thus, petitioner requests leave to supplement the record at this time. Given that this is a document about which respondents are undoubtedly already aware, the Court will grant petitioner leave to do so.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to supplement the exhibits attached to his petition [Doc. #7] is **GRANTED**.

Dated this 12th day of November, 2008.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE